*PELUSO & TOUGER, LLP*
*70 LAFAYETTE STREET*
*NEW YORK, NEW YORK 10013*
*PelusoandTouger.com*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/27/2025
```

Ph. No. (212) 608-1234
Fax No. (212) 513-1989

## MEMORANDUM ENDORSED

**By ECF**
May 23, 2025

Honorable Gregory H. Woods
United States District Court Judge
Southern District of New York
500 Pearl St.
New York, New York 10007

   Re: <u>United States v. Curtis,</u>
    24 CR 655 (GHW)

Your Honor,

I write to respectfully request that the Court allow interim vouchers in this matter.  As the Court is well aware there is a very high volume of Discovery to review in this matter which will then have to be discussed in detail with my client.  Thus, it would be very helpful to the financial security of counsel if we could file interim vouchers.  I have met with Alan Nelson, Case Budgeting attorney and he has approved a budget for this case that he has forwarded to your chambers for approval.

Thank you very much for your consideration in this matter.

              Respectfully yours,

              David Touger

Application granted.  Mr. Touger may file an interim voucher in this matter.
The Clerk of Court is directed to terminate the motion pending at Dkt. No. 62.
SO ORDERED.
Dated: May 27, 2025
New York, New York

        _____
        GREGORY H. WOODS
        United States District Judge